IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

BRENDA LEE MORRIS,

    Plaintiff,

      v.

DEKALB MEDICAL CENTER,

    Defendant.

CIVIL ACTION FILE
NO. 1:09-CV-2871-TWT

ORDER

This is a pro se employment discrimination action. It is before the Court on the Report and Recommendation [Doc. 7] of the Magistrate Judge recommending dismissing the action for failure to comply with lawful Orders of the Court. The Court approves and adopts the Report and Recommendation as the judgment of the Court. This action is DISMISSED without prejudice.

SO ORDERED, this 12 day of April, 2010.

/s/Thomas W. Thrash
THOMAS W. THRASH, JR.
United States District Judge

T:\ORDERS\09\Morris\09cv2871\r&r.wpd